# FILED

05/19/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0097

# IN THE SUPREME COURT OF THE STATE OF MONTANA

JOHN O. MILLER,

        Plaintiff/Appellant,

vs.

STATE OF MONTANA,
MONTANA BOARD OF
PARDONS AND PAROLE,

        Defendant/Appellee.

**Case No. DA 20-0097**

**ORDER**

Appellee Montana Board of Pardons and Parole filed an *Unopposed Motion for Extension of Time* within which to file Appellee's Answer Brief, and good cause appearing therefor;

IT IS HEREBY ORDERED that said motion is GRANTED. Appellee Answer Brief is due June 26, 2020.

Electronically Signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 19 2020

ORDER
PAGE 1